IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.                        )
                                       )    CIV NO. S-00-1313 GEB GGH P
                    Plaintiff,         )
                                       )    SUPPLEMENT TO PRETRIAL ORDER
          v.                           )
                                       )
S.M. HANNAH,                           )
                                       )
                    Defendant.         )
_____)

          At the trial confirmation hearing held in this action on
April 15, 2005, the following rulings issued which supplement the
Pretrial Order filed February 2, 2005:

          1.   The jury trial in this action will commence at 9:00
a.m. on June 1, 2005, in Courtroom #10 of the United States District
Court located at 501 "I" Street, Sacramento, California.   Trial will
adjourn for the evening around 4:30 p.m.

1

2.   The judge will ask all voir dire questions.  If a party desires a question asked during voir dire, that party shall communicate the request to the judge in writing.  During voir dire the judge will ask, "Does a party have additional input?"  If the answer is "yes," the Courtroom Deputy will obtain from the answering party that party's written question or questions.

3.   The parties agreed that Defendant acted under color of state law and that this element is eliminated as a trial issue.

4.   Plaintiff will appear at trial with leg restraints under his clothing as discussed at the trial confirmation hearing.

5.   Eight jurors will be selected by the method explained at the trial confirmation hearing.

6.   Each side's opening statement may not exceed 10 minutes; each side's closing argument may not exceed 30 minutes.

7.   The attached"Query" documents and "Strike Sheet" will be used during jury selection.


IT IS SO ORDERED.

Dated:  April 19, 2005


/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

## Query re Excuse Potential Juror

Do you Agree that Juror No. _____ should be excused for the reason stated by the juror or for any other reason?  (Check applicable box below)

|  | Plaintiff | | Defendant's Attorney | |
|---|---|---|---|---|
| RESPONSE: | ☐ | ☐ | ☐ | ☐ |
|  | Yes | No | Yes | No |

<u>Whether Jurors Present During Exercise of Peremptory Challenges</u>

Can the jury be excused for the amount of time it will take to exercise peremptory challenges?  (Set forth response in box below)

|  | Plaintiff | | Defendant's Attorney | |
|---|---|---|---|---|
| RESPONSE: | ☐ | ☐ | ☐ | ☐ |
|  | Yes | No | Yes | No |

How long do you estimate it will take you to exercise peremptory challenges?  (Set forth minutes in box below)

|  | Plaintiff | Defendant's Attorney |
|---|---|---|
| MINUTES: | ☐ | ☐ |

STRIKE SHEET

Plaintiff      1_____            Defendant   1_____

               2_____                        2_____

               3_____                        3_____