IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY BESS, JR.,<br><br>           Plaintiff,<br><br>    v.<br><br>S.M. HANNAH,<br><br>           Defendant. | CIV NO. S-00-1313 GEB GGH P<br><br><u>RULING ON DEFENDANT'S<br>IN LIMINE MOTIONS</u> |

        On May 18, 2005, Defendant filed motions in limine in which Defendant argues Plaintiff should be precluded from submitting evidence on his state law claims because Plaintiff failed to timely satisfy a California claim filing requirement.  Defendant argues that this portion of the motion is supported by a declaration which was not attached to the motion.  Therefore, this portion of the motion is not supported by an evidentiary showing and is denied.  The balance of the motion is also denied because Defendant has not shown that an in limine ruling should issue.

        IT IS SO ORDERED.

Dated: May 24, 2005

                                <u>/s/ Garland E. Burrell, Jr.</u><br>
                                GARLAND E. BURRELL, JR.<br>
                                United States District Judge