IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LARRY BESS, JR.              )
                             )    CIV NO. S-00-1313 GEB GGH P
            Plaintiff,       )
                             )    RULING ON PLAINTIFF'S
       v.                    )    EX PARTE MOTION IN LIMINE
                             )
S.M. HANNAH,                 )
                             )
            Defendant.       )
_____)
```

On May 17, 2005, Plaintiff filed an "Ex Parte Motion in Limine" which is denied because no proof of service is attached to the filing, and Plaintiff has not shown justification for requesting ex parte relief.

IT IS SO ORDERED.

Dated: May 24, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge