IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LARRY BESS, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S.M. HANNAH,<br><br>　　　　　　Defendant. | CIV NO. S-00-1313 GEB GGH P<br><br>ORDER |

　　　　On May 20, 2005, Defendant filed a request to modify the Pretrial Order.  The request is denied because Defendant has not shown it is justified under the manifest injustice standard.  Fed. R. Civ. P. 16(e).

　　　　IT IS SO ORDERED.

Dated:  May 25, 2005

　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge