IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.                         )
                                        )   CIV NO. S-00-1313 GEB GGH P
                        Plaintiff,      )
                                        )   ORDER
              v.                        )
                                        )
S.M. HANNAH,                            )
                                        )
                        Defendant.      )
_____ )

      Defendant's request for reconsideration of the Order filed May 25, 2005, mistakenly assumes that an in limine ruling must be given on an issue that should have been litigated before the last hearing date for law and motion matters.  See U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff, 768 F.2d 1099, 1104 (9th Cir. 1985) (affirming district court's denial of untimely motion since "pretrial order controls the subsequent course of action unless modified by a subsequent order"), rejected on other grounds, Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174 (9th Cir. 1995); Dedge v. Kendrick, 849 F.2d 1398 (11th Cir. 1988) (same).  Accordingly, the motion for reconsideration is denied.

      IT IS SO ORDERED.

Dated:  May 31, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28